# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO.: 3:05CV417

| | |
|---|---|
| **CORPORATE EXPRESS OFFICE PRODUCTS, INC., d/b/a CORPORATE EXPRESS IMAGING AND COMPUTER GRAPHIC SUPPLIES,** )<br>  Plaintiff, )<br> )<br> v. )<br> )<br> **LISA CHAMPAGNE and E-MEDIA PLUS, INC.,** )<br>  Defendants. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion in Support of Application for *Pro Hac Vice* Admission and Order" (Document No. 18), filed October 13, 2005 by counsel for Lisa Champagne on behalf of Brett Dressler. For good cause shown, this Court will grant the Motion.

**IT IS, THEREFORE, ORDERED** that the "Motion in Support of Application for *Pro Hac Vice* Admission and Order" (Document No. 18) is **GRANTED**.

**IT IS FURTHER ORDERED** that, in accordance with Rule 83.1(B) of this Court's Local Rules of Civil Procedure, Mr. Dressler pay the admission fee of **ONE HUNDRED AND NO/100 DOLLARS ($100.00)** to the Clerk of Court within ten (10) days from the date of the filing of this Order.

**Signed: October 14, 2005**

_____
David C. Keesler
United States Magistrate Judge