UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLLINA
CHARLOTTE DIVISION
Civil Action No.: 3:05 CV 417-C

| | |
|---|---|
| CORPORATE EXPRESS OFFICE PRODUCTS, INC. d/b/a CORPORATE EXPRESS IMAGING AND COMPUTER GRAPHIC SUPPLIES,<br><br>Plaintiff,<br><br>vs.<br><br>LISA CHAMPAGNE and E-MEDIA PLUS, INC.,<br><br>Defendants. | **ORDER** |

For good cause shown, and pursuant to LR 5.1(D)(3)(a), it is ordered that Exhibit A to the Consent Order Entering Permanent Injunction shall be filed and maintained under seal.

This 19th day of October, 2005.

_____
Robert J. Conrad
UNITED STATES DISTRICT COURT JUDGE