IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:05CV417

| | | |
|---|---|---|
| **CORPORATE EXPRESS OFFICE** | ) | |
| **PRODUCTS, INC., d/b/a CORPORATE** | ) | |
| **EXPRESS IMAGING AND** | ) | |
| **COMPUTER GRAPHIC SUPPLIES,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **LISA CHAMPAGNE and E-MEDIA** | ) | |
| **PLUS, INC.,** | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion in Support of Application for *Pro Hac Vice* Admission and Order" (Document No. 18), filed October 13, 2005 by counsel for Lisa Champagne on behalf of Brett Dressler; the Order (Document No. 20) subsequently entered by the undersigned; and a letter by Mr. Dressler (the "Letter") (Document No. 26), which was received by the Court on October 26, 2005 and in which Mr. Dressler asked that the Court reconsider the entry of the Order. The above-captioned case has been settled and the Motion was orally withdrawn during a hearing held on October 14, 2005 by the Honorable Robert J. Conrad, Jr. As such, the undersigned will grant Mr. Dressler's request and withdraw the Order.

**IT IS, THEREFORE, ORDERED** that the request by Mr. Dressler in the Letter (Document No. 26) is **GRANTED** and the Order (Document No. 20) is **WITHDRAWN**. The Clerk of Court is instructed to ensure that the docket report reflects that the "Motion in Support of Application for *Pro Hac Vice* Admission and Order" (Document No. 18) was orally withdrawn on October 14, 2005.

**Signed: October 28, 2005**

_____
David C. Keesler
United States Magistrate Judge